JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN PETERSON, | Case No. 2:16-cv-9344 BRO (AGRx) |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA; AND DOES 1 TO 10, INCLUSIVE, | |
| Defendants. | Judge: Hon. Beverly Reid O'Connell |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-9344 BRO (AGRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates be vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

DATED: April 21, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge